IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| WALTER ZIMMER, | ) | CASE NO. 1:10 CV 1896 |
| | ) | |
| Petitioner, | ) | JUDGE SARA LIOI |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | WILLIAM H. BAUGHMAN, JR. |
| ROBIN KNAB, *Warden*, | ) | |
| | ) | |
| Respondent. | ) | **REPORT & RECOMMENDATION** |

This matter was referred[1] to the Magistrate Judge for report and recommendation on Walter Zimmer's petition for a writ of habeas corpus.[2]

The petitioner has now filed a motion to voluntarily dismiss his petition for writ of habeas corpus.[3]

In consideration whereof, the Magistrate Judge hereby recommends that Zimmer's motion for voluntary dismissal of his petition for a writ of habeas corpus be granted. The referral of this case to the Magistrate Judge is hereby terminated.

Dated: April 12, 2011               s/ William H. Baughman, Jr.
                                    United States Magistrate Judge

---

[1] Non-document Automatic Reference of Administrative Action, filed 09/24/2010.

[2] ECF # 1.

[3] ECF # 17.

-2-

**Objections**

Any objections to this Report and Recommendation must be filed with the Clerk of Courts within fourteen (14) days of receipt of this notice. Failure to file objections within the specified time waives the right to appeal the District Court's order.[4]

---

[4] *See United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). *See also Thomas v. Arn*, 474 U.S. 140 (1985), *reh'g denied*, 474 U.S. 1111 (1986).