# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | | |
|---|---|---|---|
| WALTER ZIMMER, | ) | CASE NO. | 5:10CV1895 |
| | ) | | 5:10CV1896 |
| PETITIONER, | ) | | |
| | ) | | |
| vs. | ) | JUDGE SARA LIOI | |
| | ) | | |
| ROBIN KNAB, | ) | **ORDER OF DISMISSAL** | |
| | ) | | |
| | ) | | |
| RESPONDENT. | ) | | |
| | ) | | |

Petitioner, through counsel, filed motions to voluntarily dismiss his petitions for habeas corpus. (Doc. No. 13 in Case No. 1:10cv1895; Doc. No. 17 in Case No. 1:10cv1896.) On April 12, 2011, Magistrate Judge William H. Baughman, Jr. recommended that both cases be dismissed. (*See* Doc. Nos. 14 and 18.) Respondent has indicated in writing that she has no objection to the dismissals. (*See* Doc. Nos. 15 and 19.)

Accordingly, the motions to dismiss are **GRANTED** and both cases are **DISMISSED**.

**IT IS SO ORDERED**.

Dated: April 20, 2011

_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**